UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LARRY MITCHELL**                                        **CIVIL ACTION**

**VERSUS**                                                **NO. 11-1323**

**HOWARD PRINCE, WARDEN**                                 **SECTION "I"(5)**

ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Larry Mitchell, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Larry Mitchell for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of January, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE