UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LARRY MITCHELL**  **CIVIL ACTION**

**VERSUS**  **No. 11-1323**

**HOWARD PRINCE, WARDEN**  **SECTION I**

## ORDER

Before the Court is a motion[1] to reopen the time to file an appeal pursuant to Fed. R. App. P. 4(a)(6) by petitioner, Larry Mitchell. Pursuant to that rule, the time to file an appeal may only be reopened if each of three conditions is met: (1) petitioner did not receive notice of the entry of the judgment within 21 days, (2) the motion to reopen is filed within the earlier of 180 days after entry of the judgment or 14 days after receipt of notice, and (3) this Court finds that no party would be prejudiced. *Id.* Petitioner asserts that his motion should be granted if *any* of these three conditions is met,[2] but the rule states that such a motion should be granted "only if *all* the following conditions are satisfied." *Id.* (emphasis added). Petitioner does not claim that he did not receive adequate notice of the judgment. *See id.* R. 4(a)(6)(A). Additionally, the judgment was entered on January 14, 2013, but petitioner's motion was not filed until August 9, 2013, well beyond the 180-day outer limit. *See id.* R. 4(a)(6)(B). Although the petitioner's notice of appeal may have been untimely "through no fault of his own,"[3] this Court is without power to "extend the time to file . . . a notice of appeal (except as authorized in Rule 4)." *Id.* R. 26(b); *see Resendiz v. Dretke*, 452 F.3d 356, 360 (5th Cir. 2006) (quoting *Wilkens v. Johnson*, 238 F.3d 328, 331 (5th Cir. 2001)) ("[U]nless a Rule 4(a)(6) motion is filed timely, 'the court is powerless to reopen

---

[1] R. Doc. No. 21.
[2] R. Doc. No. 21, at 3.
[3] R. Doc. No. 21, at 5.

the time for filing' a notice of appeal."). Petitioner does not satisfy the requirements of Rule 4(a)(6). Accordingly,

**IT IS ORDERED** that the motion to reopen the time to file an appeal is **DENIED**.

New Orleans, Louisiana, August 28, 2013.

```
                              _____
                                    LANCE M. AFRICK
                              UNITED STATES DISTRICT JUDGE
```